IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CLAY D. HAMILTON, SR. | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:15-cv-00437-SWW |
| | * | |
| | * | |
| REX AKERS, JACOB CANOVA, and | * | |
| LAGNIAPPE PHARMACY SERVICES, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED with prejudice.

IT IS SO ORDERED this 23rd day of July 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE